

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.**,
Appellant

v.

**NEC NETWORKS, LLC**, dba CaptureRX,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Relief from Stay is GRANTED. The stay imposed by this court in appeal No. 04-17-00332-CV is lifted.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court